# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NATHANIEL RAY,

    Plaintiff,

v.                                        Case No. 6:22-cv-253-WWB-DCI

WASTE PRO OF FLORIDA, INC.,

    Defendant.
_____/

## ORDER

The Court has been advised by the Clerk's Minutes Settlement Conference that the above-styled action has been completely settled and the parties' agreement has been found to be a fair and reasonable resolution of a bona fide dispute pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982). (Doc. 38 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** in Orlando, Florida on September 20, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record